**BROWN & CONNERY, LLP**
William M. Tambussi, Esquire (WMT 3139)
William F. Cook, Esquire (WFC 9578)
360 Haddon Avenue
Westmont, New Jersey 08108
(856) 854-8900

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STATE NATIONAL INSURANCE COMPANY, | CIVIL ACTION NO. 08-CV-5128 |
| Plaintiff, | ORDER ~~GRANTING REQUEST FOR EMERGENT RELIEF PURSUANT TO FED. R. CIV. P. 65~~ TO SHOW CAUSE |
| vs. | |
| THE COUNTY OF CAMDEN, | |
| Defendant. | |
| THE COUNTY OF CAMDEN, | |
| Counterclaimant and Third-Party Plaintiff, | |
| vs. | |
| STATE NATIONAL INSURANCE COMPANY, | |
| Counterclaim-Defendant | |
| and | |
| NICHOLAS M. ANDERSON, | |
| Third-Party Defendant. | |

BROWN & CONNERY, LLP
Westmont, NJ 08108

| |
|---|
| THE COUNTY OF CAMDEN, |
|     Third-Party Plaintiff and Third-Party Counterclaim Defendant, |
| vs. |
| SCIBAL ASSOCIATES, Incorporated, |
|     Third-Party Defendant and Third-Party Counterclaimant. |
| SCIBAL ASSOCIATES, Incorporated, |
|     Fourth-Party Plaintiff, |
| vs. |
| ASSISTANT COUNTY COUNSEL DONNA WHITESIDE AND MEADOWBROOK INSURANCE GROUP, |
|     Fourth-Party Defendants. |

    **THIS MATTER** having come before the Court on application by the County of Camden for emergent relief under Fed. R. Civ. P. 65; and William M. Tambussi, Esq. and William F. Cook of Brown & Connery LLP appearing for the County of Camden; and notice of the application having been given to all counsel of record in the federal declaratory judgment litigation; and the Court having considered the papers submitted by counsel; for good cause shown,

    IT IS on this 22nd day of January, 2009, **ORDERED** that plaintiff, State National Insurance Company, show cause before the United States District Court on the 29th day of January, 2009, at 10:30 a.m./p.m., or as

soon thereafter as counsel may be heard, why injunctive relief, as requested in Defendant's Emergent Motion to Compel State National Insurance Company to Defend the County of Camden in Post-Trial Proceedings, should not be granted; AND

**IT IS FURTHER ORDERED AND ADJUDGED** that State National shall file its brief and affidavit in opposition, if any, at least 3 days before the scheduled returned date hereof and that defendant County of Camden shall file its reply brief and affidavits, if any, at least 1 day before the scheduled return date hereof.

**IT IS FURTHER ORDERED AND ADJUDGED** that true but uncertified copies of this Order be served on plaintiff State National Insurance Company by electronic mail and overnight courier to its counsel, Peter E. Mueller, Esq., Harwood Lloyd, LLC, 130 Main Street, Hackensack, N.J. 07601 and Walter Andrews, Esq., Hunton & Williams LLP, 1751 Pinnacle Drive, Suite 1700, McClean, VA 22102 within 1 day from the date hereof, and proof of such service may be by certification.

_Noel L. Hillman_
Noel Hillman, U.S.D.J.

At Camden, New Jersey