**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STATE NATIONAL INSURANCE COMPANY,<br>    Plaintiff,<br>     v.<br><br>THE COUNTY OF CAMDEN and ASSISTANT COUNTY COUNSEL DONNA WHITESIDE,<br>     Defendants.<br><br>THE COUNTY OF CAMDEN,<br>      Counterclaimant and<br>      Third-Party Plaintiff,<br><br>     v.<br><br>STATE NATIONAL INSURANCE COMPANY,<br>    Counterclaim-Defendant<br><br>    and<br><br>NICHOLAS M. ANDERSON,<br>    Third-Party Defendant,<br><br>    and<br><br>SCIBAL ASSOCIATES, INC.,<br>    Third-Party Defendant and<br>    Third-Party Counterclaimant.<br><br>SCIBAL ASSOCIATES, INC.,<br>    Fourth-Party Plaintiff,<br><br>    v.<br>DONNA WHITESIDE and MEADOWBROOK INSURANCE GROUP,<br>    Fourth-Party Defendants.<br><br>THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,<br>    Intervening Plaintiff,<br><br>    v.<br><br>THE COUNTY OF CAMDEN, DONNA WHITESIDE and SCIBAL ASSOCIATES,<br>    Defendants. | CIV. NO. 08-5128(NLH)(AMD)<br><br>**ORDER** |

For the reasons expressed in the Court's Opinion filed today,

IT IS HEREBY on this 25th day of June, 2010

ORDERED that State National Insurance Company's motion for reconsideration of the Court's March 17, 2010 Opinion [232] is DENIED.

                                                                s/ Noel L. Hillman

At Camden, New Jersey                    NOEL L. HILLMAN, U.S.D.J.